IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-_01097_ |
| ) | |
| APPROXIMATELY $1,713.00 ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Sean M.A. Hatfield, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Approximately $1,713.00 in United States currency (hereinafter "defendant property"), for violations of 21 U.S.C. § 841 *et seq.*

## THE DEFENDANT IN REM

2. The defendant property consists of approximately $1,713.00 in United States currency that was seized on October 20, 2017 by agents of the Drug Enforcement Administration and the Topeka Police Department while executing a search warrant at xxx SW Lincoln Street, Apartment 201, Topeka, Kansas, in the District of Kansas. The currency is currently in the custody of the United States Marshal Service.

## JURISDICTION AND VENUE

3. Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in the district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and

disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

*/s/ Sean Hatfield*

SEAN M.A. HATFIELD
Ks. S. Ct. No. 24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6481
F: (316) 269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, Justin R. Olberding, am a Special Agent with the Drug Enforcement Administration in the District of Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of March, 2018.

SA Justin R. Olberding
DEA

4

I, Justin R. Olberding, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Topeka Post of Duty, Topeka, Kansas. As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal controlled substance laws. I have been a Special Agent of the DEA since December of 2010, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of controlled substance trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

2. Prior to my employment with the DEA as a Special Agent, I was employed by the Kansas Highway Patrol as a Trooper for approximately four years. Since July 2006, I have participated and supported numerous controlled substance investigations involving the illegal manufacturing, possession, sale, distribution and importation of many different types of controlled substances. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies.

3. The DEA Topeka Post of Duty (TPOD) with assistance from the Topeka Police Department (TPD) have been investigating Jesus AVALOS and Autumn DOWNS as methamphetamine distributors operating in Topeka, Kansas.

4. On October 20, 2017, DEA executed a search warrant at XXX SW Lincoln St.

1

Apt. 201, Topeka, Kansas in the District of Kansas. During the execution of the search warrant, AVALOS and DOWNS were located and detained in the master bedroom. During a search of their residence, multiple items of evidentiary value were located and seized.

5. DEA seized a suspected marijuana plant located in the master bedroom.

6. DEA also seized suspected marijuana in the master bedroom from the night stand.

7. DEA also located at the night stand a glass smoking device and approximately $1,713.00 in United States currency. The currency was seized as proceeds of marijuana and methamphetamine distribution.

8. Both AVALOS and DOWNS have drug related criminal history. At the time the search warrant was executed neither AVALOS nor DOWNS were employed.

9. Based on the information set out above, I have probable cause to believe that the approximately $1,713.00 in United States currency seized by DEA constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, U.S.C. § 841 *et seq*. Accordingly, the property is subject to forfeiture pursuant to Title 21, U.S.C. § 881.

Justin R. Olberding
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 26 day of March, 2018.

NOTARY



NOTARY PUBLIC - State of Kansas
SHERYL A. GILCHRIST
My Appt. Exp. 3/17/21

2